Melissa Woods
Matthew Stolz
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Telephone: (212) 563-4100
mwoods@cwsny.com
mstolz@cwsny.com

*Attorneys for SAG-AFTRA, SAG-AFTRA Health Plan, AFTRA Retirement Fund*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AUDACY, INC., *et al.*, | § § § | Case No. 24-90004 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § § | |

**VERIFIED STATEMENT OF COHEN, WEISS AND SIMON LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

1.   Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Melissa S. Woods and Matthew E. Stolz, attorneys at Cohen, Weiss and Simon LLP ("CWS") give notice of representation of more than one creditor in the above-captioned bankruptcy case, and states as follows:

2.   CWS represent the following creditors in the above-captioned case:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Audacy.  The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

10021395.1

(a) The Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA")
5757 Wilshire Boulevard, 7th Floor
Los Angeles, CA 90036

(b) The Trustees of the SAG-AFTRA Health Plan (the "Health Plan")
3601 West Olive Ave., Suite 300
Burbank, CA 91505

(c) The Trustees of the AFTRA Retirement Fund (the "Retirement Fund")
261 Madison Ave., 7th Floor
New York, NY 10016

3. SAG-AFTRA, the Health Plan, and the Retirement Fund have claims against the Debtors. These claims arise from Debtors' obligations arising under collective bargaining agreements ("CBAs") binding certain of the Debtors and SAG-AFTRA. The CBAs sets out the terms and conditions of employment for the Debtors' employees represented by SAG-AFTRA (the "Employees") and contributions to the Health Plan and Retirement Fund for health, pension, vacation and sick leave, and other necessary benefits for the Employees. The claims arose both before and during the one-year period prior to the filing of the above-referenced case.

4. CWS have previously worked with SAG-AFTRA, the Health Plan, and the Retirement Fund and the Funds on numerous matters. SAG-AFTRA, the Health Plan, and the Retirement Fund also have separate counsel.

5. In this matter, CWS was engaged by SAG-AFTRA, the Health Plan, and the Retirement Fund in January 2024 at the instance of each entity.

6. CWS has no claims or interests against the Debtors.

7. CWS reserves the right to amend this Verified Statement.

8. The undersigned verifies that the foregoing Verified Statement is true and accurate to the best of the undersigned's knowledge, information, and belief.

-3-

Dated: New York, New York

January 17, 2024

                Respectfully submitted,

                */s/ Melissa Woods*
                Melissa Woods
                Matthew Stolz
                COHEN, WEISS AND SIMON LLP
                909 Third Avenue, 12th Floor
                New York, New York 10022-4869
                Tel: (212) 563-4100
                Fax: (646) 473-8234
                mwoods@cwsny.com
                mstolz@cwsny.com

                *Attorneys for Creditors*
                *SAG-AFTRA, SAG-AFTRA Health Plan, AFTRA Retirement Fund*

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of January 2024, I caused a true and correct copy of the *Verified Statement of Cohen, Weiss and Simon LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* to be served through the Court's electronic notification system.

Dated: January 16, 2024

/s/ *Melissa S. Woods*
Melissa S. Woods