# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AUDACY, INC., *et al.*, | § § § | Case No. 24-90004 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

## NOTICE OF FILING OF LIST OF EQUITY SECURITY HOLDERS

**PLEASE TAKE NOTICE** that, in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Audacy, Inc. and its above-captioned affiliated debtors and debtors in possession hereby file the list, attached hereto as <u>Exhibit A</u>, of registered equity security holders of Audacy, Inc.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Audacy. The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

Dated: January 19, 2024

| | |
|---|---|
| Respectfully submitted,<br>/s/John F. Higgins<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>**PORTER HEDGES LLP**<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Tel:    713-226-6000<br>Email: jhiggins@porterhedges.com<br>            sjohnson@porterhedges.com<br>            myoung-john@porterhedges.com<br><br>– and – | George A. Davis (NY Bar No. 2401214)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel:    212-906-1200<br>Email:  george.davis@lw.com<br><br>– and –<br><br>Caroline Reckler (IL Bar No. 6275746)<br>Joseph C. Celentino (NY Bar No. 5508809)[2]<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Tel:    312-876-7700<br>Email: caroline.reckler@lw.com<br>            joe.celentino@lw.com<br><br>– and –<br><br>Jeffrey T. Mispagel (NY Bar No. 4842779)<br>Deniz A. Irgi (*admitted pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel:    213-485-1234<br>Email: jeffrey.mispagel@lw.com<br>            deniz.irgi@lw.com |

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[2]   Not admitted to practice in Illinois. Admitted to practice in New York.

**CERTIFICATE OF SERVICE**

I certify that on January 19, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                                                           */s/John F. Higgins*
                                                                           John F. Higgins