IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AUDACY, INC., *et al.*, | § § § | Case No. 24-90004 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § |  |

## ORDER APPROVING COMPROMISE

**[Relates to Docket No. ___]**

Upon consideration of the *Debtors' Emergency Motion to Authorizing the Debtors to Enter Into Settlement Agreement with Broadcast Music Inc. and Otis Parent Inc. and Granting Related Relief* (the "**Motion**");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before this

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Audacy. The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and all objections to the Motion or the relief requested therein that have not been withdrawn, if any, having been overruled on the merits with prejudice; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Settlement Agreement attached to this Order as **Exhibit A** is approved, and the Debtors are authorized to perform any and all obligations thereunder under all applicable provisions of the Bankruptcy Code.

2. All amounts to be paid by the Debtors pursuant to the Settlement Agreement, including all indemnity obligations thereunder and under any Lost Security Affidavit and Indemnity provided by the Debtors, shall constitute allowed administrative expenses of the estates pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code and shall not be altered or discharged by any chapter 11 plan confirmed in these Chapter 11 Cases.

3. The automatic stay pursuant to section 362 of the Bankruptcy Code is hereby modified with respect to the Debtors to the extent necessary to allow BMI, without further order of this Court, to take any actions contemplated by the Settlement Agreement in accordance with the terms and conditions thereof.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2024
    Houston, Texas

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

**[To be Filed]**

1