**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AUDACY, INC., *et al.*, | Case No.  24-90004 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL**
[Relates to ECF# 254]

PLEASE TAKE NOTICE that Oracle America, Inc. hereby withdraws its *Cure Objection*

*and Reservation of Rights Regarding Debtors' Joint Pre-Packaged Plan of Reorganization for*

*Audacy, Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* filed on or

about February 13, 2024 as Docket Number 254.


Dated: February 16, 2024

By:  _/s/Annie Catmull_____
Annie Catmull
State Bar No. 00794932
**O'CONNOR WECHSLER PLLC**.
4400 Post Oak Parkway, Suite 2360
Houston, TX 77027
Telephone: (281) 814-5977
aecatmull@o-w-law.com

Local Counsel for Oracle America, Inc.

Shawn M. Christianson, Esq.
**Buchalter, A Professional Corporation**
425 Market Street, Suite 2900
San Francisco, CA 94105
Telephone:  (415) 227-0900
schristianson@buchalter.com

Attorneys for Creditor, Oracle America, Inc.

BN 80987005v1

<u>**Certificate of Service**</u>

I certify that on February 16, 2024, the attached withdrawal was served via the Court's ECF notification system on the registered users who have made an appearance in this case.

_/s/Annie Catmull_____
Annie Catmull

BN 80987005v1