IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| AUDACY, INC., *et al.*, | § § § | Case No. 24-90004 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § § |  |

**NOTICE OF FILING OF REVISED FINAL ORDER
(I) AUTHORIZING THE DEBTORS TO OBTAIN
POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING CLAIMS
WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS,
(III) AUTHORIZING THE USE OF CASH COLLATERAL,
AND (IV) MODIFYING THE AUTOMATIC STAY**

**[Relates to Docket Nos. 18, 79, and 214]**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On January 7, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing* [Docket No. 18] (the "**Motion**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**").[2]

2. On January 8, 2024, the Court entered the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Audacy. The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Debtors' *Joint Prepackaged Plan of Reorganization of Audacy, Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 24] (as may be amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "**Plan**").

1

US-DOCS\148479078

*Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing* [Docket No. 79] (the "**Interim Order**").

3. On February 5, 2024, the Debtors filed the *Notice of Filing of Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, and (IV) Modifying the Automatic Stay* [Docket No. 214].

4. The Debtors have prepared a revised version of the proposed *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, and (IV) Modifying the Automatic Stay* (the "**Proposed Final Order**"), which is attached hereto.

5. For the convenience of the Court and all parties in interest, a redline of the Proposed Final Order against the Interim Order is attached hereto as **Exhibit A**.

6. Pursuant to the Interim Order, the final hearing to consider the relief requested in the Motion on a final basis shall be held on **February 20, 2024, at 2:30 p.m. (Prevailing Central Time)**. Any objections or responses to entry of the Proposed Final Order granting the relief requested in the Motion were required to be filed on or before **4:00 p.m. (Prevailing Central Time) on February 13, 2024**.

[*Remainder of page intentionally left blank*]

US-DOCS\148479078

Dated: February 16, 2024

| | |
|---|---|
| Respectfully submitted,<br>*/s/John F. Higgins*<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>**PORTER HEDGES LLP**<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Tel:    713-226-6000<br>Email: jhiggins@porterhedges.com<br>            sjohnson@porterhedges.com<br>            myoung-john@porterhedges.com<br><br>– and – | George A. Davis (NY Bar No. 2401214)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel:    212-906-1200<br>Email: george.davis@lw.com<br><br>– and –<br><br>Caroline Reckler (IL Bar No. 6275746)<br>Joseph C. Celentino (NY Bar No. 5508809)[3]<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Tel:    312-876-7700<br>Email: caroline.reckler@lw.com<br>            joe.celentino@lw.com<br><br>– and –<br><br>Jeffrey T. Mispagel (NY Bar No. 4842779)<br>Deniz A. Irgi (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel:    213-485-1234<br>Email: jeffrey.mispagel@lw.com<br>            deniz.irgi@lw.com |

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[3] Not admitted to practice in Illinois. Admitted to practice in New York.

US-DOCS\148479078

## CERTIFICATE OF SERVICE

I certify that on February 16, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/John F. Higgins*
John F. Higgins