IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AUDACY, INC., *et al.*, | § § § | Case No. 24-90004 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

NOTICE OF FILING OF
THIRD SUPPLEMENT TO THE PLAN SUPPLEMENT
FOR THE JOINT PREPACKAGED PLAN OF REORGANIZATION FOR
AUDACY, INC. AND ITS AFFILIATE DEBTORS
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

   **PLEASE TAKE NOTICE** that, as contemplated by the *Joint Prepackaged Plan of Reorganization of Audacy, Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 24] (as may be amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "**Plan**"),[2] the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby file certain of the documents comprising the Plan Supplement as the exhibits attached to this Notice with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Capitalized terms used but not defined herein have the meanings set forth in the Plan.

   **PLEASE TAKE FURTHER NOTICE** that on February 5, 2024, the Debtors filed the initial Plan Supplement [Docket No. 225] (the "**Initial Plan Supplement**").

   **PLEASE TAKE FURTHER NOTICE** that on February 13, 2024, the Debtors filed the first supplement to the Plan Supplement [Docket No. 255] (the "**First Supplement to the Plan Supplement**").

   **PLEASE TAKE FURTHER NOTICE** that on February 17, 2024, the Debtors filed the second supplement to the Plan Supplement [Docket No. 279] (the "**Second Supplement to the Plan Supplement**").

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Audacy (the "**Case Website**"). The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

1

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the third supplement to the Plan Supplement (the "**Third Supplement to the Plan Supplement**").

**PLEASE TAKE FURTHER NOTICE** that the Third Supplement to the Plan Supplement includes the following exhibits (in each case, as may be amended, modified, or supplemented from time to time):

| EXHIBIT | DOCUMENT |
|---|---|
| **F** | New Governance Documents |
| **F-1** | Redline of New Governance Documents[3] |

Any remaining exhibits to the Plan Supplement will be filed with separate notices.

**PLEASE TAKE FURTHER NOTICE** that these documents remain subject to continuing negotiations in accordance with the terms of the Plan and the Restructuring Support Agreement and the final versions may contain material differences from the versions filed herewith. For the avoidance of doubt, the parties to the Restructuring Support Agreement have not consented to such documents as being in final form and reserve all rights in that regard. Such parties reserve all of their respective rights with respect to such documents and to amend, modify, or supplement the Plan Supplement and any of the documents contained therein through the Effective Date in accordance with the terms of the Plan and the Restructuring Support Agreement. To the extent material amendments or modifications are made to any of these documents, the Debtors will file a redline version with the Court prior to the hearing to consider confirmation of the Plan and the adequacy of the Disclosure Statement (the "**Combined Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement is integral to, part of, and incorporated by reference into the Plan. Please note, however, these documents have not yet been approved by the Court. If the Plan is confirmed, the documents contained in the Plan Supplement (including any amendments, modifications, or supplements thereto) will be approved by the Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing is scheduled to commence **on February 20, 2024 at 2:30 p.m.** (**Prevailing Central Time**) before Judge Christopher M. Lopez of the United States Bankruptcy Court, Southern District of Texas, 515 Rusk Street, Houston, Texas 77002. **The Combined Hearing may be continued by the Court or by the Debtors without further notice other than by announcement of the same in open court and/or by filing and serving a notice of adjournment.**

**PLEASE TAKE FURTHER NOTICE** that the copies of the documents included in the Plan Supplement or the Plan, or any other document filed in the Chapter 11 Cases, may be obtained free of charge by visiting the Case Website at https://dm.epiq11.com/Audacy. You may also obtain copies of any pleadings filed in the Chapter 11 Cases through the Court's electronic case filing system at https://www.txs.uscourts.gov/page/bankruptcy-court using a PACER password (to

---

[3] This redline reflects revisions to the New Governance Documents attached as Exhibit F to the First Supplement to the Plan Supplement.

obtain a PACER password, go to the PACER website at http://pacer.psc.uscourts.gov), or on the website maintained by the Solicitation Agent at https://dm.epiq11.com/Audacy.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE NOTICE AND CLAIMS AGENT BY (A) CALLING (877) 491-3119 (TOLL FREE) OR, FOR INTERNATIONAL CALLERS, +1 (503) 406-4581, OR (B) EMAILING AUDACYINFO@EPIQGLOBAL.COM. <u>PLEASE NOTE THAT THE NOTICE AND CLAIMS AGENT CANNOT PROVIDE LEGAL ADVICE</u>.**

US-DOCS\148772396

Dated: February 20, 2024

| | |
|---|---|
| Respectfully submitted,<br>*/s/ John F. Higgins*<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>**PORTER HEDGES LLP**<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Tel:     713-226-6000<br>Email: jhiggins@porterhedges.com<br>          sjohnson@porterhedges.com<br>          myoung-john@porterhedges.com<br><br>– and – | George A. Davis (NY Bar No. 2401214)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel:     212-906-1200<br>Email:  george.davis@lw.com<br><br>– and –<br><br>Caroline Reckler (IL Bar No. 6275746)<br>Joseph C. Celentino (NY Bar No. 5508809)[1]<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Tel:     312-876-7700<br>Email: caroline.reckler@lw.com<br>          joe.celentino@lw.com<br><br>– and –<br><br>Jeffrey T. Mispagel (NY Bar No. 4842779)<br>Deniz A. Irgi (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel:     213-485-1234<br>Email: jeffrey.mispagel@lw.com<br>          deniz.irgi@lw.com |

*Counsel to the Debtors and Debtors in Possession*

---

[1] Not admitted to practice in Illinois.  Admitted to practice in New York.

**CERTIFICATE OF SERVICE**

      I certify that on February 20, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                              */s/John F. Higgins*
                                              John F. Higgins