IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AUDACY, INC., *et al.*, | § § § | Case No. 24-90004 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**DECLARATION OF DISINTERESTEDNESS OF JACKSON LEWIS P.C. PURSUANT TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Tasos C. Paindiris, make this declaration (this "**Declaration**") under penalty of perjury:

1. I am a Principal of Jackson Lewis P.C., located at 390 N. Orange Avenue, Suite 1285, Orlando, FL 32801 (the "**Law Firm**").

1. The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), have requested that the Law Firm provide legal services to the Debtors in connection with claims asserted by a former employee, and the Law Firm has consented to provide such services.

2. The Law Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to the chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Law Firm does not perform services for any such person in connection with the chapter 11 cases or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matter on which the Law Firm is proposed to be employed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Audacy. The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

US-DOCS\146498114

3. As part of its customary practice, the Law Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, creditors, claimants, and parties in interest in the chapter 11 cases.

4. Neither I nor any principal, partner, director, officer of, or professional employed by, the Law Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Law Firm.

5. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Law Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Law Firm is to be employed.

6. The Debtors owe the Law Firm $635.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532.

7. I understand that the amount owed by any of the Debtors to the Law Firm for prepetition services will be treated as a general unsecured claim, and, as such, the Law Firm may file a proof of claim.

8. I further understand that this Declaration will not suffice as the Law Firm's proof of claim.

9. As of January 7, 2024, which was the date on which the Debtors commenced the chapter 11 cases, the Law Firm was not] party to an agreement for indemnification with certain of the Debtors.

10. The Law Firm is conducting further inquiries regarding its retention by any creditors, claimants, and parties in interest in the chapter 11 cases, and upon conclusion of that inquiry, or at

any time during the period of its employment, if the Law Firm should discover any facts bearing on the matters described herein, the Law Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/21/24

_____
Tasos C. Paindiris