IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AUDACY, INC., *et al.*, | § | Case No. 24-90004 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF VIRTUAL STATUS CONFERENCE SCHEDULED FOR AUGUST 15, 2024**

**PLEASE TAKE NOTICE** that a status conference in the above-captioned chapter 11 cases will take place on **August 15, 2024 at 1:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge. The purpose of the status conference will be to provide an update on the status of regulatory approval by the FCC and the anticipated Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that this status conference will be conducted by audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

**PLEASE TAKE FURTHER NOTICE** that video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's homepage. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to be heard at the status conference must register electronically in advance. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (a) by visiting the Debtors' case website at https://dm.epiq11.com/Audacy or (b) accessing the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Audacy. The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 2400 Market Street, 4th Fl, Philadelphia, PA 19103.

Dated: August 2, 2024

| | |
|---|---|
| Respectfully submitted,<br>*/s/ John F. Higgins*<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>**PORTER HEDGES LLP**<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Tel:    713-226-6000<br>Email: jhiggins@porterhedges.com<br>            sjohnson@porterhedges.com<br>            myoung-john@porterhedges.com<br><br>– and – | George A. Davis (NY Bar No. 2401214)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel:    212-906-1200<br>Email:  george.davis@lw.com<br><br>– and –<br><br>Caroline Reckler (IL Bar No. 6275746)<br>Joseph C. Celentino (IL Bar No. 6347409)<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Tel:    312-876-7700<br>Email: caroline.reckler@lw.com<br>            joe.celentino@lw.com<br><br>– and –<br><br>Jeffrey T. Mispagel (NY Bar No. 4842779)<br>Deniz A. Irgi (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel:    213-485-1234<br>Email: jeffrey.mispagel@lw.com<br>            deniz.irgi@lw.com |

*Counsel to the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                             */s/ John F. Higgins*
                                             John F. Higgins